UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| CARBON ACTIVATED TIANJIN CO., LTD., AND CARBON ACTIVATED CORPORATION<br><br>Plaintiffs,<br><br>and<br><br>DATONG JUQIANG ACTIVATED CARBON CO.. LTD., DATONG JUQIANG ACTIVATED CARBON USA, LLC, NINGXIA GUANGHUA CHERISHMENT ACTIVATED CARBON CO., LTD., AND DATONG MUNICIPAL YUNGGUANG ACTIVATED CARBON CO. LTD.<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br>              Defendant,<br><br>and<br><br>CALGON CARBON CORPORATION AND NORIT AMERICAS, INC.,<br><br>Defendant-Intervenors. | Consol. Court No. 22-00017 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs, Plaintiffs Carbon Activated Tianjin Co., Ltd. and Carbon Activated Corporation, in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered July 21st, 2023 following issuance of Slip Op. 23-109 on the same date.

        Respectfully submitted,

        NEVILLE PETERSON LLP

/s/ John M. Peterson
    John M. Peterson
    One Exchange Plaza
    55 Broadway, Suite 2602
    New York, NY 10006
    (212) 635-2730
    jpeterson@npwny.com

Dated:  September 18, 2023