# United States Court of Appeals for the Federal Circuit

---

**CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION,**

*Plaintiffs-Appellants*

**DATONG JUQIANG ACTIVATED CARBON CO., LTD., DATONG JUQIANG ACTIVATED CARBON USA, LLC, NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD.,**

*Plaintiffs*

v.

**UNITED STATES, CALGON CARBON CORPORATION, NORIT AMERICAS, INC.,**

*Defendants-Appellees*

---

2023-2413

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00017-MAB, 1:22-cv-00025-MAB, 1:22-cv-00026-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 9, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



June 30, 2025
Date

Jarrett B. Perlow
Clerk of Court